# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

DENNIS HANSON,

    Plaintiff,

v.

C. JAMERSON ET AL.,

    Defendants.

Case No. 17-cv-1335 DMS (BLM)

**ORDER (1) ADOPTING REPORT AND RECOMMENDATION (2) GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

On June 29, 2017, Plaintiff Dennis Hanson, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a Complaint pursuant to 42 U.S.C. § 1983 alleging violations of his Eighth Amendment right to be free from cruel and unusual punishment, First Amendment right to free speech, and Due Process rights in his appeal process. On November 28, 2018, Defendants C. Jamerson and T. Rogers filed a motion for summary judgment. Plaintiff did not file an opposition.

On March 15, 2019, Magistrate Judge Barbara L. Major issued a Report and Recommendation ("R&R"), recommending that the Court grant Defendants' motion for summary judgment. Plaintiff filed an objection to the R&R on April 15, 2019. The deadline for Defendants to reply to the objections was May 3, 2019. Defendants have not filed a reply.

This Court, having reviewed *de novo* the Magistrate Judge's R&R and the

objections thereto, adopts the Magistrate Judge's recommendation and grants Defendants' motion for summary judgment. The Clerk of the Court shall enter the judgment accordingly.

**IT IS SO ORDERED.**

Dated: May 13, 2019

Hon. Dana M. Sabraw
United States District Judge